UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

_____
                                            )
ROSA MARIA JIMENEZ-GUDINO,                  )      No. C13-0883RSL
                                            )
                    Plaintiff,              )
            v.                              )      ORDER GRANTING MOTION
                                            )      FOR SUMMARY JUDGMENT
ERIC H. HOLDER, Jr.,                        )
                                            )
                    Defendant.              )
_____)

      This matter comes before the Court on defendant's "Motion and Memorandum of Points and Authority in Support of Summary Judgment." Dkt. # 15. Plaintiff has not opposed the motion, and the Court considers such a failure to be "an admission that the motion has merit." Local Civil Rule 7(b)(2). The Court has also reviewed the motion on its merits and finds that plaintiff has not presented evidence from which a reasonable factfinder could conclude that her father was physically present in the United States prior to her birth for periods totaling ten years, including five years after he reached the age of fourteen.

      The motion for summary judgment is therefore GRANTED. Clerk of Court is directed to enter judgment in favor of defendant and against plaintiff.

ORDER GRANTING MOTION
FOR SUMMARY JUDGMENT

1 | Dated this 31st day of October, 2014.

2 | *Robert S. Lasnik* (signature)

3 | Robert S. Lasnik
4 | United States District Judge

ORDER GRANTING MOTION
FOR SUMMARY JUDGMENT            -2-